

July 16, 2021

Honorable Brian M. Cogan
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:    **United States v. Josstina Lin**
                              **18 Cr. 419 (BMC)**

Dear Judge Cogan:

      With the consent of AUSA William Campos, I respectfully submit this letter to request a modification of Ms. Lin's bail conditions to permit her to travel with her children to Legoland in Goshen, New York on either July 18 or July 25, 2021.

      I have conferred with PTSO Robert Stehle who has no objection to this application.

      Thank you for your consideration of this request.

                                        Most Respectfully,

                                        _____
                                        ERIC FRANZ

cc:    AUSA Campos
       PTSO Stehle